Circuit denied.  *Mr. Raymond T. Jackson* for petitioner.
*Mr. Peter Q. Nyce* for respondent.

No. 643.  MUTUAL BENEFIT HEALTH & ACCIDENT ASSN.
*v.* MICCOLIS.  January 20, 1941.  Petition for writ of
certiorari to the Circuit Court of Appeals for the Seventh
Circuit denied.  *Messrs. L. L. Bomberger, John W.
Morthland, Benjamin S. Minor, Arthur P. Drury,* and
*John M. Lynham* for petitioner.  *Mr. Oscar B. Thiel* for
respondent.

No. 651.  ANCHOR STOVE & RANGE Co. *v.* MONTGOMERY
WARD & Co., INC.  January 20, 1941.  Petition for writ
of certiorari to the Circuit Court of Appeals for the Sev-
enth Circuit denied.  *Mr. Walter F. Murray* for peti-
tioner.  *Messrs. John A. Barr* and *Stuart S. Ball* for
respondent.

No. 579.  ODOM *v.* ADERHOLD, WARDEN.  February 3,
1941.  Petition for writ of certiorari to the Circuit Court
of Appeals for the Tenth Circuit, and motion for leave
to proceed further *in forma pauperis,* denied.  *William
Henry Odom, pro se.*

No. 608.  MITCHELL *v.* BOARD OF GOVERNORS OF WASH-
INGTON STATE BAR ASSOCIATION.  February 3, 1941.  Pe-
tition for writ of certiorari to the Supreme Court of the
State of Washington, and motion for leave to proceed
further *in forma pauperis,* denied.  *Walter B. Mitchell,
pro se.*

No. 642.  CRITES *v.* RADTKE ET AL.  February 3, 1941.
Petition for writ of certiorari to the Circuit Court of